Jose Concepcion **GUITERREZ GONZALEZ, Petitioner,**

v.

Michael B. **MUKASEY, Attorney General, Respondent.**

No. 07–74369.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Jan. 20, 2009.

Jose Concepcion Guiterrez Gonzalez, Washington, DC, pro se.

Jeffrey J. Leist, Esquire, Office of Immigration Litigation, U.S. Department of Justice Civil Division, Fullerton, CA, for Petitioner.

OIL, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Concepcion Guiterrez Gonzalez, a native and citizen of Mexico, petitions pro

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

se for review of the decision of the Board of Immigration Appeals denying his third motion to reconsider as numerically barred.

Petitioner has waived any challenge to the BIA's order denying his motion to reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion to reconsider was numerically barred. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**